**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

v. **INDICTMENT**

1:26CR13 AW/ML

**JOSHUA CALEB BARBER**

______________________________/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about July 27, 2025, and on or about November 17, 2025, in the Northern District of Florida, the defendant,

**JOSHUA CALEB BARBER,**

did knowingly and intentionally attempt to employ, use, induce, or coerce a minor, Minor 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT TWO**

Between on or about July 27, 2025, and on or about November 17, 2025, in the Northern District of Florida, the defendant,

**JOSHUA CALEB BARBER,**

using a facility and means of interstate commerce, did knowingly attempt to

FILED USDC FLND GV APR 28 '26 PM2:39

persuade, induce, and entice an individual, Minor 1, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

**COUNT THREE**

Between on or about July 27, 2025, and on or about November 17, 2025, in the Northern District of Florida and elsewhere, the defendant,

**JOSHUA CALEB BARBER,**

with the intent to harass or intimidate Minor 1, an individual under the age of 18 years, did use an interactive computer service, electronic communication service of interstate commerce, and any facility of interstate commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Minor 1.

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261B(a).

**COUNT FOUR**

On or about July 30, 2025, in the Northern District of Florida, the defendant,

**JOSHUA CALEB BARBER,**

did knowingly transmit in interstate commerce a communication, that is, an

electronic message, containing a true threat to injure or kill another person, with the intent to communicate a true threat or knowledge that it would be viewed as a true threat, and the communication contained a threat to injure Minor 1, specifically, "YOURE FUCKING DEAD."

In violation of Title 18 United States Code, Section 875(c).

**COUNT FIVE**

On or about August 4, 2025, in the Northern District of Florida, the defendant,

**JOSHUA CALEB BARBER,**

did knowingly transmit in interstate commerce a communication, that is, an electronic message, containing a true threat to injure or kill another person, with the intent to communicate a true threat or knowledge that it would be viewed as a true threat, and the communication contained a threat to injure Minor 1, specifically, "Do I need to book a flight to Florida tonight?" "See you tomorrow" "now you die" "Cool you're evil hate cost your life."

In violation of Title 18 United States Code, Section 875(c).

**COUNT SIX**

On or about October 5, 2025, in the Northern District of Florida, the defendant,

**JOSHUA CALEB BARBER,**

did knowingly transmit in interstate commerce a communication, that is, an electronic message, containing a true threat to injure or kill another person, with the intent to communicate a true threat or knowledge that it would be viewed as a true threat, and the communication contained a threat to injure Minor 1, specifically, "ANSWER THE FUCKING CALL" "ITS OVER FOR YOU" "IF I HAVE TO CALL 1 MORE TIME YOURE DEAD."

In violation of Title 18 United States Code, Section 875(c).

**COUNT SEVEN**

On or about October 12, 2025, in the Northern District of Florida, the defendant,

**JOSHUA CALEB BARBER,**

did knowingly transmit in interstate commerce a communication, that is, an electronic message, containing a true threat to injure or kill another person, with the intent to communicate a true threat or knowledge that it would be viewed as a true threat, and the communication contained a threat to injure Minor 1, specifically, "I'M GOING TO FUCKING KILL YOU."

In violation of Title 18 United States Code, Section 875(c).

**COUNT EIGHT**

On or about November 10, 2025, in the Northern District of Florida, the defendant,

**JOSHUA CALEB BARBER,**

did knowingly transmit in interstate commerce a communication, that is, an electronic message, containing a true threat to injure or kill another person, with the intent to communicate a true threat or knowledge that it would be viewed as a true threat, and the communication contained a threat to injure Minor 1, specifically, "IF I GOTTA CALL 1 MORE TIME YOU'RE DEAD."

In violation of Title 18 United States Code, Section 875(c).

**COUNT NINE**

On or about November 17, 2025, in the Northern District of Florida, the defendant,

**JOSHUA CALEB BARBER,**

did knowingly transmit in interstate commerce a communication, that is, an electronic message, containing a true threat to injure or kill another person, with the intent to communicate a true threat or knowledge that it would be viewed as a true threat, and the communication contained a threat to injure Minor 1, specifically, "Dude youre so dead."

In violation of Title 18 United States Code, Section 875(c).

## COUNT TEN

On or about November 19, 2025, in the Northern District of Florida and elsewhere, the defendant,

**JOSHUA CALEB BARBER,**

in interstate and foreign communications, made repeated interstate telephone calls and repeatedly initiated communication with a telecommunications device during which conversation and communication ensued, solely to harass Individual 1, a person at the called number and the person who received the communication.

In violation of Title 47, United States Code, Section 223(a)(1)(E).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 1467. From his engagement in the violations alleged in Counts One and Two of this Indictment, the defendant,

**JOSHUA CALEB BARBER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467, all of his interest in:

A. Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offenses alleged in Counts One and Two of this Indictment.

B. The property referenced in subparagraph A above includes, but is not limited to, an Apple cellphone. Other forfeitable property can include computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools, equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of the Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 1467(b), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

A TRUE BILL:

[redacted]

4/28/2026

DATE

JOHN P. HEEKIN
United States Attorney

CHRISTIE S. UTT
Assistant United States Attorney